# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DEWAYNE HALEY,                                                                      PLAINTIFF

V.                                          3:15CV00052 JTR

MIKE ALLEN ,                                                                         DEFENDANTS
Sheriff, Crittenden County Sheriff Office, et al.

## ORDER

On May 6, 2015, Plaintiff filed a Statement indicating that he has been released from custody and is currently residing at a private address. *See* docket entry # 24. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1.     The Clerk of the Court is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2.     Plaintiff must file, **within thirty days of the entry of this Order**, an Amended Application to Proceed *In Forma Pauperis.*

3.     Plaintiff is reminded that if he fails to timely and properly do so, this

---

[1] The Court's records demonstrate that Plaintiff currently owes $350 of the $350 filing fee.

case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 8th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE