# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEWAYNE HALEY**                                                                                                  **PLAINTIFF**

V.                                                  **3:15-CV-00052 BD**

**MIKE ALLEN, et al.**                                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is hereby entered in favor of the Defendants Mike Allen, Ronnie Coleman, Theresa Bonner and Marni Dickerson and against Plaintiff Dewayne Haley.

DATED this 10th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE